Ray AUSEN, Relator,

v.

AL'S DRYWALL and Uninsured, Respondents,

F & L Management Development and Auto Owners Insurance Company, Respondents,

MN Department of Human Services, Intervenor,

Fremont County Department of Social Services Child Support Enforcement, Intervenor.

No. C8–98–623.

Supreme Court of Minnesota.

July 7, 1998.

David R. Vail, Soderberg & Vail, L.L.C., Minneapolis, for Relator.

John T. Thul, Cousineau, McGuire & Anderson, Minneapolis, Dianne E. Walsh, Fitch, Johnson, Larson, Held & Walsh, Minneapolis, for Respondents.

Wanda Ogden, Fremont County Department of Social Services, Child Support Enforcement Agency, Canon City, CO, State of Minnesota, Department of Human Services, St. Paul, for Intervenors.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed March 10, 1998, be, and the same is, affirmed without opinion. See Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:

/s/ Esther M. Tomljanovich
Esther M. Tomljanovich
Associate Justice